# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RAYMOND FURTADO | : | |
| | : | |
| v. | : | C.A. No. 07-387ML |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of the Social Security | : | |
| Administration | : | |

## JUDGMENT

**COURT DECISION:**

**JUDGMENT SHALL ENTER** for the plaintiff, Raymond Furtado, against the defendant, Michael J. Astrue, pursuant to the Court's Memorandum and Order dated July 25, 2008, DENYING the Commissioner's Motion for an Order Affirming the Decision of the Commissioner and GRANTING Plaintiff's Motion to Reverse the Decision of the Commissioner.

BY:

/s/ Jeannine Noel
JEANNINE NOEL, Deputy Clerk

July 25, 2008